*IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO*

| | |
|---|---|
| MARTIN CANTU RUIZ<br><br>　　　　Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | Case Nos. 1:11-CR-240-BLW<br>　　　　　　1:15-CV-142-BLW<br><br>ORDER GRANTING MOTION FOR ORDER CONCERNING ATTORNEY-CLIENT PRIVILEGE AND TO STAY THE INSTANT PROCEEDINGS |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion for stay (docket no. 3) is GRANTED, and that the Government's response to the petitioner's motion be stayed until the Government has had time to speak with former defense counsel and/or review former defense counsel's affidavit.

IT IS FURTHER ORDERED, that a limited waiver of the attorney-client privilege is hereby declared so that 1) attorney Ryan Henson may respond to material inquiries of the Assistant United States Attorney regarding the Petitioner's allegations of ineffective assistance of counsel; 2) directing attorney Ryan Henson to produce any interview notes, documents, letters, or witness statements that are material to the issues raised by the Petitioner; and 3) to produce an affidavit addressing his knowledge regarding any material issue raised by the Petitioner in his 2255 Petition, and that said affidavit be delivered to the Government within forty-five (45) days of the proffered Order.

IT IS FURTHER ORDERED that upon receipt of the attorney's affidavit, the Government shall have an additional twenty-one (21) days to respond to petitioner's motion.



DATED: June 4, 2015

_____
B. Lynn Winmill
Chief Judge
United States District Court